MILLAUDON *vs.* COLLA.

APPEAL FROM THE PARISH COURT FOR THE PARISH AND CITY OF NEW-ORLEANS.

The holder of a note who endorses it in blank, gets it discounted and takes it up at maturity, is subrogated to the rights of the bank against the maker.

Payment to a bank, like that to an individual, may be proved by parole evidence.

This is an action against the maker of a promissory note, payable to the order of A. Lesseps, and by him endorsed in blank. The plaintiff endorsed it to the Union Bank for discount, and at maturity took it up. It was receipted across the face as follows: "Received payment of L. Millaudon; A. Bouligny, note clerk."

The defendant strenuously insisted that the plaintiff did not show an interest and re-transfer of the note by proper legal evidence, under the corporate seal of the bank, and was not entitled to recover. There was judgment against him, and he appealed.

*Benjamin,* for the plaintiff, urged the affirmance of the judgment, with damages.

*Mitchell,* contra.

*Martin, J.,* delivered the opinion of the court.

The defendant is appellant from a judgment against him, for the amount of his promissory note. He admitted his signature, but denied specially the allegations in the petition.

The note was made payable to the order of A. Lesseps, and by him endorsed in blank. The plaintiff made a special endorsement to the Union Bank. On the face of the note there is a receipt in these words: "Received payment of L. Millaudon; A. Bouligny, note clerk."

The attention of this court is called to a bill of exception, upon which the appellant has based his hopes of success.

EASTERN DIST. On the trial, a witness was sworn, who stated that the
*April*, 1840. plaintiff had paid the amount of the note to the bank;

DELERY ET UX. whereupon the counsel for the defendant moved the court to
*vs.*
SAVENAT ET AL. charge the jury, that the plaintiff could not recover without
showing, by written evidence from the bank, under its seal,
that the interest of the bank had been conveyed to the
plaintiff; and this not being shown, he should be non-suited.
The court refused so to charge the jury; and the defendant
excepted.

The holder of    It does not appear to us that the court erred. The
a note who en-
dorses   it  in plaintiff being bound with the defendant for the payment of
blank, gets it
discounted, and the note to the bank, paid it, as appears from the testimony
takes it up at of a witness, and the receipt of the note clerk of the bank on
maturity, is sub-
rogated to the the face of the note; and was thereby legally subrogated to
rights . of  the
bank against the the rights of the bank. *Louisiana Code, article* 2157, *No.* 3.
maker.
  Payment to a Payment to a bank, like that to an individual, may be proved
bank, like that by parole, or otherwise, without the seal of the corporation.
to an individual,
may be proved
by parole evi-    It is, therefore, ordered, adjudged and decreed, that the
dence.
judgment of the Parish Court be affirmed, with costs and ten
per cent. damages, for a frivolous appeal.